UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICARDO MORENO FERRER, | Case No. 1:25-cv-01721 |
| Petitioner, | Hon. Hala Y. Jarbou<br>Chief, U.S. District Judge |
| v. | |
| KEVIN RAYCRAFT, Detroit Filed Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities, | Hon. Ray Kent<br>U.S. Magistrate Judge |
| Respondents. | |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

Respectfully submitted,

Dated: December 19, 2025

/s/ *Laura J. Smith* (with consent)
LAURA J. SMITH
Children's Legal Center
1100 W Cermak Rd., Ste. 422
Chicago, IL 60608
(312) 722-6642
Laura@childrenslegalcenterchicago.Org
Attorneys for Petitioner
Attorney for Petitioner

|  |  |
|---|---|
|  | TIMOTHY VERHEY<br>United States Attorney |
| Dated: December 19, 2025 | */s/ Carolyn Almassian*<br>CAROLYN ALMASSIAN<br>Assistant United States Attorney<br>330 Ionia Ave. NW, Ste. 501<br>Grand Rapids, MI 49503<br>(616) 456-2404<br>Carolyn.Almassian@usdoj.gov<br>Attorney for Federal Respondents |

**IT IS SO ORDERED:**

Dated:  December 22, 2025

/s/ Hala Y. Jarbou

HALA Y. JARBOU
Chief United States District Judge